```
ANAHEIM CITY ATTORNEY'S OFFICE
GREGG M. AUDET (SBN 158682)
E-mail: gaudet@anaheim.net
SUNNY HUYNH (SBN 318012)
E-mail: shuynh@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendants City of Anaheim
and Officer Christopher Torres
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| VICTOR ALFONSO GONZALEZ, an individual, | Case No.: 8:24-cv-1778 SVW (ADSx) |
|---|---|
| Plaintiff, | Assigned to: Hon. Stephen V. Wilson<br>Dept.: 10A |
| v. | **ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| CITY OF ANAHEIM; OFFICER TORRES; and DOES 1 TO 10, inclusive,<br>Defendants. | Action Filed: 8/13/2024<br>Trial Date: None set |

The Court, having considered the Stipulation for Protective Order, and the proposed evidence and categories of documents to be included therein, finds good cause appearing therefor, and approves the Stipulation.

IT IS SO ORDERED

Date: October 8, 2024

                                               //s/ Autumn D. Spaeth
                                          Hon. Autumn D. Spaeth
                                          U.S. Magistrate Judge