JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALFONSO GONZALEZ, an individual; <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ANAHEIM; OFFICER MATTHEW DE LA FUENTE; OFFICER MATTHEW JUNTILLA; and DOES 1 TO 10, inclusive, <br><br> Defendants. | CASE NO.: 8:24-cv-01778-SVW-ADS <br><br> [PROPOSED] ORDER TO DISMISS PLAINTFF'S FEDERAL CLAIMS WITHOUT PREJUDICE AND TO SEVER AND REMAND PLAINTIFF'S STATE LAW CLAIMS TO STATE COURT <br><br> Status Con. Date:  1-6-2024 <br> Time:  2:00 p.m. <br> Crtrm.:  10A |

PLEASE TAKE NOTICE that THE COURT, having considered the Stipulation of the Parties, and Good Cause appearing therefore, now hereby does dismiss without prejudice the first three (3) Claims for Relief in Plaintiff's First Amended Complaint on file (Doc. 29, filed 10/16/2024), to wit, Plaintiff's Federal

1

Claims for: 1. Unreasonable Search and Seizure – Excessive Force and Denial of Medical Care (42 U.S.C. Section 1983); 2. For Municipal Liability for Unconstitutional Custom or Policy or Practice (42 U.S.C. Section 1983) and 3. Deprivation of Civil Rights – Failure to Provide Medical Care (42 U.S.C. Sections 1983 and 1985).

Based on the Stipulation of the Parties, and the dismissal without prejudice of the Plaintiff's Federal Claims, The Court declines to exercise supplemental jurisdiction and hereby severs and remands the remaining three (3) Supplemental State Law Claims for Relief in Plaintiff's First Amended Complaint on file (Doc. 29, filed 10/16/2024), stated as Claims for Relief 4, 5 and 6, to wit, Plaintiff's State Law Claims for, 4. Battery; 5. Negligence and 6. Violation of Civil Code Section 52.1 (Bane Act) to the Superior Court of the State of California for the County of Orange.

IT IS SO ORDERED

Dated: January 7, 2025

The Honorable STEPHEN V. WILSON
United States District Court Judge